ALEX YANCY, JR., as Administrator of the Estate of JOSEPH YANCY, Deceased, et al., Respondents, v. VIOLA CARTER et al., Appellants.—

Christ, P. J., Rabin, Munder, Martuscello and Latham, JJ., concur.

GEORGE B. VOETSCH et al., Respondents, v. MOUNT VERNON CONTRACTING CORP. et al., Appellants.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.